Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | May 08, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Apr 14, 2024-Apr 27, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $813.09 |
| **Net Amount:** | $2,511.54 |
| **Total Employer Contributions:** | $789.21 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $1,994.78 |
| | Sick Leave | 1 | 28.00 | | $1,329.85 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.91 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.75 | $47.75 | $3,292.91 |
| Social Security - Old Age Portion | $204.16 | $204.16 | $3,292.91 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $12.01 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |

|  |  | Total: | $813.09 | $789.21 |  |
|---|---|---|---|---|---|

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 473988 | Direct Deposit | Wells Fargo | Checking | $2,511.54 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Apr 24, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Mar 31, 2024-Apr 13, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $1,065.23 |
| **Net Amount:** | $2,259.40 |
| **Total Employer Contributions:** | $762.39 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $2,992.17 |
| | Vacation Leave | 1 | 7.00 | | $332.46 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,280.90 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.57 | $47.57 | $3,280.90 |
| Social Security - Old Age Portion | $203.41 | $203.41 | $3,280.90 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Local Tax Garnishment | $253.07 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$1,065.23** | **$762.39** | |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 473010 | Direct Deposit | Wells Fargo | Checking | $2,259.40 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Apr 10, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Mar 17, 2024-Mar 30, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| Gross Amount: | $3,324.63 |
| Total Personal Deductions: | $1,145.56 |
| Net Amount: | $2,179.07 |
| Total Employer Contributions: | $789.21 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Holiday Pay - Salaried | 1 | 7.00 | | $332.46 |
| | Regular Pay | 1 | | | $2,992.17 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.91 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.75 | $47.75 | $3,292.91 |
| Social Security - Old Age Portion | $204.16 | $204.16 | $3,292.91 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $12.01 |
| Local Tax Garnishment | $332.47 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |

| | | | |
|---|---|---|---|
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$1,145.56** | **$789.21** | |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 471880 | Direct Deposit | Wells Fargo | Checking | $2,179.07 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Mar 27, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Mar 03, 2024-Mar 16, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $1,144.65 |
| **Net Amount:** | $2,179.98 |
| **Total Employer Contributions:** | $762.41 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $3,324.63 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,280.90 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.58 | $47.58 | $3,280.90 |
| Social Security - Old Age Portion | $203.42 | $203.42 | $3,280.90 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Local Tax Garnishment | $332.47 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$1,144.65** | **$762.41** | |

*Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|--------|---------------|-----------|--------------|-------:|
| 470757 | Direct Deposit | Wells Fargo | Checking | $2,179.98 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Mar 13, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Feb 18, 2024-Mar 02, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $1,145.55 |
| **Net Amount:** | $2,179.08 |
| **Total Employer Contributions:** | $789.20 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $2,992.17 |
| | Vacation Leave | 1 | 7.00 | | $332.46 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.91 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.74 | $47.74 | $3,292.91 |
| Social Security - Old Age Portion | $204.16 | $204.16 | $3,292.91 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $12.01 |
| Local Tax Garnishment | $332.47 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |

| | | | |
|---|--:|--:|--:|
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$1,145.55** | **$789.20** | |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|--:|
| 469643 | Direct Deposit | Wells Fargo | Checking | $2,179.08 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Feb 28, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Feb 04, 2024-Feb 17, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

### *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $812.18 |
| **Net Amount:** | $2,512.45 |
| **Total Employer Contributions:** | $762.41 |

### *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $2,992.17 |
| | Vacation Leave | 1 | 7.00 | | $332.46 |
| | | | | **Total:** | **$3,324.63** |

### *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,280.90 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.58 | $47.58 | $3,280.90 |
| Social Security - Old Age Portion | $203.42 | $203.42 | $3,280.90 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| | **Total:** | **$812.18** | **$762.41** | |

*Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|--------|---------------|-----------|--------------|-------:|
| 468513 | Direct Deposit | Wells Fargo | Checking | $2,512.45 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Feb 14, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Jan 21, 2024-Feb 03, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $813.08 |
| **Net Amount:** | $2,511.55 |
| **Total Employer Contributions:** | $789.20 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $2,992.17 |
| | Vacation Leave | 1 | 7.00 | | $332.46 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.91 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.74 | $47.74 | $3,292.91 |
| Social Security - Old Age Portion | $204.16 | $204.16 | $3,292.91 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $12.01 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |

|  | | Total: | $813.08 | $789.20 | |

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 467396 | Direct Deposit | Wells Fargo | Checking | $2,511.55 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Jan 31, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Jan 07, 2024-Jan 20, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $772.60 |
| **Net Amount:** | $2,552.03 |
| **Total Employer Contributions:** | $534.92 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Holiday Pay - Salaried | 1 | 7.00 | | $332.46 |
| | Regular Pay | 1 | | | $2,327.24 |
| | Sick Leave | 1 | 14.00 | | $664.93 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $214.39 | $0.00 | $3,158.40 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,324.63 |
| Local Tax | $33.25 | $0.00 | $3,324.63 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $48.21 | $48.21 | $3,324.63 |
| Social Security - Old Age Portion | $206.12 | $206.12 | $3,324.63 |
| State Wage Tax | $102.07 | $0.00 | $3,324.63 |
| **Deductions after Federal Tax** | | | |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$772.60** | **$534.92** | |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 466348 | Direct Deposit | Wells Fargo | Checking | $2,552.03 |

*Messages*

Today's pay is the third pay for the month of January. There are no deductions for health care benefits, credit union, parking fees, OPT tax, or Wilkes Fund contributions. All deductions will resume next pay. NOTE: TIAA deductions are taken as normal.

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Jan 17, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Dec 24, 2023-Jan 06, 2024 |

**Employee:**   Christian S Mackesy

**Address:**   212 Taft Street
Apartment 3
Hanover Twp, Pennsylvania   18706

## *Payment Summary*

| Type | Current Period |
|---|---|
| Gross Amount: | $3,324.63 |
| Total Personal Deductions: | $812.17 |
| Net Amount: | $2,512.46 |
| Total Employer Contributions: | $762.40 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Holiday Pay - Salaried | 1 | 42.00 | | $1,994.78 |
| | Regular Pay | 1 | | | $997.39 |
| | Vacation Leave | 1 | 7.00 | | $332.46 |
| | | | | Total: | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,280.90 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.57 | $47.57 | $3,280.90 |
| Social Security - Old Age Portion | $203.42 | $203.42 | $3,280.90 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| Total: | **$812.17** | **$762.40** | |

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 465513 | Direct Deposit | Wells Fargo | Checking | $2,512.46 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Jan 03, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Dec 10, 2023-Dec 23, 2023 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| Gross Amount: | $3,324.63 |
| Total Personal Deductions: | $925.59 |
| Net Amount: | $2,399.04 |
| Total Employer Contributions: | $789.21 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $1,899.79 |
| | Vacation Leave | 1 | 30.00 | | $1,424.84 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| Employer Health Savings Acct for HDP | $0.00 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.15 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.91 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.75 | $47.75 | $3,292.91 |
| Social Security - Old Age Portion | $204.16 | $204.16 | $3,292.91 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $112.50 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $12.01 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |

| | | | |
|---|---|---|---|
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$925.59** | **$789.21** | |

## *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 464868 | Direct Deposit | Wells Fargo | Checking | $2,399.04 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

**Banner ID:**      900320826           **Pay Date:**   Nov 08, 2023

**SSN/SIN/TIN:** *****6759              **Pay Period:** Oct 15, 2023-Oct 28, 2023

**Employee:**     Christian S Mackesy

**Address:**      212 Taft Street
                 Apartment 3
                 Hanover Twp, Pennsylvania   18706

### Payment Summary

| Type | Current Period |
|---|---|
| Gross Amount: | $3,324.63 |
| Total Personal Deductions: | $887.08 |
| Net Amount: | $2,437.55 |
| Total Employer Contributions: | $789.16 |

### Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $3,324.63 |
| | | | | Total: | **$3,324.63** |

### Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.72 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.17 | $0.00 | $3,114.85 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.39 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.74 | $47.74 | $3,292.39 |
| Social Security - Old Age Portion | $204.12 | $204.12 | $3,292.39 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $3.20 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $75.00 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $11.31 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| Total: | $887.08 | $789.16 | |

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|--------|---------------|-----------|--------------|-------:|
| 460881 | Direct Deposit | Wells Fargo | Checking | $2,437.55 |

### *Messages*

As the calendar year end approaches, it is very important for Payroll to have the most up to date and current addresses on file for all employees. If your current home address differs from the one printed on this paystub please contact kelly.langkam@wilkes.edu for updates or correction.

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| **Banner ID:** | 900320826 | **Pay Date:** | Nov 22, 2023 |
|---|---|---|---|
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Oct 29, 2023-Nov 11, 2023 |

**Employee:** Christian S Mackesy

**Address:** 212 Taft Street
Apartment 3
Hanover Twp, Pennsylvania   18706

## Payment Summary

| Type | Current Period |
|---|---|
| Gross Amount: | $3,324.63 |
| Total Personal Deductions: | $961.23 |
| Net Amount: | $2,363.40 |
| Total Employer Contributions: | $762.42 |

## Earnings

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $3,324.63 |
| | | | | **Total:** | **$3,324.63** |

## Benefits, Deductions and Taxes

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.72 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.17 | $0.00 | $3,114.85 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,281.08 |
| Local Tax | $32.82 | $0.00 | $3,281.08 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.58 | $47.58 | $3,281.08 |
| Social Security - Old Age Portion | $203.43 | $203.43 | $3,281.08 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $3.20 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $150.00 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$961.23** | **$762.42** | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Desc | Amount |
|---|---|---|---|---|---|

Case 5:24-bk-01505-MJC    Doc 10    Filed 06/18/24    Entered 06/18/24 10:56:21    Desc
Main Document      Page 23 of 32

| 462004 | Direct Deposit | Wells Fargo | Checking | $2,363.40 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Dec 06, 2023 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Nov 12, 2023-Nov 25, 2023 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| Gross Amount: | $3,324.63 |
| Total Personal Deductions: | $924.59 |
| Net Amount: | $2,400.04 |
| Total Employer Contributions: | $789.17 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Holiday Pay - Salaried | 1 | 14.00 | | $664.93 |
| | Regular Pay | 1 | | | $1,994.77 |
| | Vacation Leave | 1 | 14.00 | | $664.93 |
| | | | | Total: | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.72 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.17 | $0.00 | $3,114.85 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.39 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.74 | $47.74 | $3,292.39 |
| Social Security - Old Age Portion | $204.13 | $204.13 | $3,292.39 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $3.20 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $112.50 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $11.31 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |

| | | | |
|---|---|---|---|
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$924.59** | **$789.17** | |

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 463100 | Direct Deposit | Wells Fargo | Checking | $2,400.04 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Dec 20, 2023 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Nov 26, 2023-Dec 09, 2023 |

**Employee:**   Christian S Mackesy

**Address:**   212 Taft Street
Apartment 3
Hanover Twp, Pennsylvania   18706

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $961.14 |
| **Net Amount:** | $2,363.49 |
| **Total Employer Contributions:** | $762.41 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $2,992.17 |
| | Vacation Leave | 1 | 7.00 | | $332.46 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.72 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $209.17 | $0.00 | $3,114.85 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,281.08 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unemployment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.57 | $47.57 | $3,281.08 |
| Social Security - Old Age Portion | $203.43 | $203.43 | $3,281.08 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $3.20 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $150.00 | $0.00 | $3,324.63 |
| Occupational Tax | $2.09 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$961.14** | **$762.41** | |

*Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|--------|---------------|-----------|--------------|--------|
| 464120 | Direct Deposit | Wells Fargo | Checking | $2,363.49 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | May 22, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | Apr 28, 2024-May 11, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $804.32 |
| **Net Amount:** | $2,520.31 |
| **Total Employer Contributions:** | $762.40 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $3,324.63 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $201.30 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,280.90 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.57 | $47.57 | $3,280.90 |
| Social Security - Old Age Portion | $203.42 | $203.42 | $3,280.90 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |
| **Total:** | **$804.32** | **$762.40** | |

## *Check or Direct Deposit*

| Number | Bank Name | Account Type | Desc | Amount |
|---|---|---|---|---|

| 474889 | Direct Deposit | Wells Fargo | Checking | $2,520.31 |

Wilkes University
84 W. South Street
Wilkes Barre, Pennsylvania   18766
5704084631

| | | | |
|---|---|---|---|
| **Banner ID:** | 900320826 | **Pay Date:** | Jun 05, 2024 |
| **SSN/SIN/TIN:** | *****6759 | **Pay Period:** | May 12, 2024-May 25, 2024 |
| **Employee:** | Christian S Mackesy | | |
| **Address:** | 212 Taft Street | | |
| | Apartment 3 | | |
| | Hanover Twp, Pennsylvania   18706 | | |

## *Payment Summary*

| Type | Current Period |
|---|---|
| **Gross Amount:** | $3,324.63 |
| **Total Personal Deductions:** | $805.24 |
| **Net Amount:** | $2,519.39 |
| **Total Employer Contributions:** | $789.21 |

## *Earnings*

| Job | Earnings | Shift | Hours or Units | Rate | Amount |
|---|---|---|---|---|---|
| Senior Systems Analyst | Regular Pay | 1 | | | $2,659.70 |
| | Vacation Leave | 1 | 14.00 | | $664.93 |
| | | | | **Total:** | **$3,324.63** |

## *Benefits, Deductions and Taxes*

| Benefits and Deductions | Employee | Employer | Applicable Gross |
|---|---|---|---|
| **Deductions before Federal Tax** | | | |
| Additional Accidental Death and Dismemberment | $0.90 | $0.00 | $3,324.63 |
| Advanced Hours Recovery | $0.00 | $0.00 | $0.00 |
| Dental Insurance-Enhanced | $15.78 | $0.00 | $3,324.63 |
| High Deductible Health Care Plan | $24.27 | $230.82 | $3,324.63 |
| Tax Deferred Retirement Annuity | $166.23 | $265.97 | $3,324.63 |
| Vision Insurance-National Vision Administrators | $2.78 | $0.00 | $3,324.63 |
| **Taxes** | | | |
| Federal Tax Withholding | $201.30 | $0.00 | $3,114.67 |
| FICA ADDITIONAL MEDICARE TAX | $0.00 | $0.00 | $3,292.91 |
| Local Tax | $32.82 | $0.00 | $3,281.80 |
| PA Unempolyment Tax | $2.33 | $0.00 | $3,324.63 |
| Social Security - Medicare Portion | $47.75 | $47.75 | $3,292.91 |
| Social Security - Old Age Portion | $204.16 | $204.16 | $3,292.91 |
| State Wage Tax | $100.75 | $0.00 | $3,281.80 |
| **Deductions after Federal Tax** | | | |
| Add'l Employee Life Insurance | $4.00 | $0.00 | $3,324.63 |
| Core - Accidental Death and Dismemberment Insurance | $0.00 | $1.00 | $3,324.63 |
| Core EE Life Insuarnce $50,000 | $0.00 | $11.92 | $3,324.63 |
| Core L.T.D.(Income) | $0.00 | $12.97 | $3,324.63 |
| Faculty/Staff Meal Plan | $0.00 | $0.00 | $3,324.63 |
| Life Insurance Over $50,000 | $0.00 | $0.00 | $12.01 |
| Occupational Tax | $2.17 | $0.00 | |
| Unemployment Compensation | $0.00 | $4.65 | $3,324.63 |
| Workers' Compensation | $0.00 | $9.97 | $3,324.63 |

| | Total: | $805.24 | $789.21 | |
|---|---|---|---|---|

### *Check or Direct Deposit*

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 475563 | Direct Deposit | Wells Fargo | Checking | $2,519.39 |