United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-01505-MJC
Christian Mackesy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 | User: AutoDocke | Page 1 of 3
Date Rcvd: Jul 30, 2024 | Form ID: ntcnfhrg | Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christian Mackesy, 212 Taft St Apt 3, Hanover Twp, PA 18706-4100 |
| 5624847 | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5624850 | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 5624849 | Ufcw Federal Credit Un, P.o. Box 3780, Harrisburg, PA 17105 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5624826 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 30 2024 18:46:00 | Ability Recovery Services LLC, Attn: Bankruptcy 284 Main St, Dupont, PA 18641-1960 |
| 5624827 | | Email/PDF: bncnotices@becket-lee.com | Jul 30 2024 18:47:57 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5624829 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 30 2024 18:45:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 5626723 | + | Email/Text: pasi_bankruptcy@chs.net | Jul 30 2024 18:45:00 | COMMONWEALTH PHYSICIAN NETWORK LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5624828 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2024 18:47:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5627358 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 30 2024 18:47:54 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5624831 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2024 18:58:16 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5624832 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2024 18:47:55 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5624833 | | Email/Text: mrdiscen@discover.com | Jul 30 2024 18:45:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5624837 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2024 18:58:05 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 5625862 | | Email/Text: mrdiscen@discover.com | Jul 30 2024 18:45:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5624834 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 30 2024 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5625585 | + | Email/Text: pasi_bankruptcy@chs.net | Jul 30 2024 18:45:00 | INTERMOUNTIAN MEDICAL GROUP INC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5624835 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2024 18:46:00 | Internal Revenue Service, Centralized Insolvency |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5624830 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 30 2024 18:47:47 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 5630222 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 30 2024 18:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5625394 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2024 18:47:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5624836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2024 18:47:49 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5627634 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2024 18:47:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5624838 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 30 2024 18:46:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5624839 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 30 2024 18:45:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 5624840 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jul 30 2024 18:47:57 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5624841 | | Email/Text: fesbank@attorneygeneral.gov | Jul 30 2024 18:46:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5624844 | ^ | MEBN | Jul 30 2024 18:41:19 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5625395 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2024 18:47:32 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5624842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5626794 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2024 18:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5624843 | ^ | MEBN | Jul 30 2024 18:42:01 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5631905 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2024 18:46:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5624845 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 30 2024 18:47:41 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5624846 | | Email/Text: bankruptcy@td.com | Jul 30 2024 18:46:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 5624848 | ^ | MEBN | Jul 30 2024 18:41:45 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5630656 | | Email/Text: bkrcy@ugi.com | Jul 30 2024 18:46:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Christian Mackesy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christian Mackesy,

**Debtor 1**

Chapter 13

Case No. 5:24−bk−01505−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 29, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 5, 2024  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 30, 2024 |

ntcnfhrg (08/21)