In re:

Christian Mackesy

    Debtor

Case No. 24-01505-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: ordsmiss | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christian Mackesy, 212 Taft St Apt 3, Hanover Twp, PA 18706-4100 |
| 5643842 | + | Berkheimer, Agent for Hanover ASD/Hanover Township, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 5624847 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5624850 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |
| 5624849 | | Ufcw Federal Credit Un, P.o. Box 3780, Harrisburg, PA 17105 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5624826 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 05 2024 18:41:00 | Ability Recovery Services LLC, Attn: Bankruptcy 284 Main St, Dupont, PA 18641-1960 |
| 5624827 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 18:57:42 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 5624829 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 05 2024 18:41:00 | Cenlar, Attn: Centralized Bankruptcy 425 Phillip, Ewing, NH 08618 |
| 5626723 | + | Email/Text: pasi_bankruptcy@chs.net | Dec 05 2024 18:41:00 | COMMONWEALTH PHYSICIAN NETWORK LLC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |
| 5624828 | | EDI: CAPITALONE.COM | Dec 05 2024 23:40:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5627358 | | EDI: CAPITALONE.COM | Dec 05 2024 23:40:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5624831 | | EDI: CITICORP | Dec 05 2024 23:40:00 | Citibank/Exxon Mobile, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 5624832 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2024 18:45:13 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5624833 | | EDI: DISCOVER | Dec 05 2024 23:40:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 5624837 | | EDI: CITICORP | Dec 05 2024 23:40:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 5625862 | | EDI: DISCOVER | Dec 05 2024 23:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5624834 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 05 2024 18:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 5625585 | + | Email/Text: pasi_bankruptcy@chs.net | Dec 05 2024 18:41:00 | INTERMOUNTIAN MEDICAL GROUP INC C/O PASI, PO BOX 188, BRENTWOOD, TN 37024-0188 |

| | | | | |
|---|---|---|---|---|
| 5624835 | | EDI: IRS.COM | Dec 05 2024 23:40:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5624830 | | EDI: JPMORGANCHASE | Dec 05 2024 23:40:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 5630222 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 05 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5625394 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 18:45:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5624836 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 18:46:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 5627634 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2024 18:45:12 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5645889 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5624838 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2024 18:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5624839 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 05 2024 18:41:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 5624840 | | EDI: MAXMSAIDV | Dec 05 2024 23:40:00 | Navient, Attn: Bankruptcy, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5624841 | | Email/Text: fesbank@attorneygeneral.gov | Dec 05 2024 18:41:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5624844 | ^ | MEBN | Dec 05 2024 18:35:56 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5625395 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 18:45:12 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5624842 | | EDI: PENNDEPTREV | Dec 05 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5624842 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5626794 | + | EDI: PENNDEPTREV | Dec 05 2024 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5626794 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2024 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5624843 | ^ | MEBN | Dec 05 2024 18:36:00 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5631905 | | EDI: Q3G.COM | Dec 05 2024 23:40:00 | Quantum3 Group LLC as agent for, CASCADE CAPITAL FUNDING LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5647520 | | EDI: AIS.COM | Dec 05 2024 23:40:00 | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5624845 | | EDI: SYNC | Dec 05 2024 23:40:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5624846 | | EDI: TDBANKNORTH.COM | Dec 05 2024 23:40:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street PO Box 1377, Lewiston, ME 04243 |
| 5624848 | ^ | MEBN | Dec 05 2024 18:35:51 | U.S. Department of Justice, 950 Pennsylvania Ave |

NW, Washington, DC 20530-0009

5630656        Email/Text: bkrcy@ugi.com

Dec 05 2024 18:41:00     UGI Utilities, Inc., PO Box 13009, Reading, PA 19612

TOTAL: 37

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Christian Mackesy help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christian Mackesy,                          Chapter          13

**Debtor 1**

Case No.          5:24−bk−01505−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  December 5, 2024

ordsmiss (05/18)